Julia Campins – CA State Bar No. 238023
Hillary Benham-Baker – CA State Bar No. 265019
CAMPINS BENHAM-BAKER, LLP
935 Moraga Road, Suite 200
Lafayette, CA 94549
Tel. (415) 373-5333
Fax (415) 373-5334
julia@cbbllp.com
hillary@cbbllp.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK VARNES, | Case No. 15-cv-5269 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT** |
| vs. | |
| AETNA LIFE INSURANCE COMPANY | |
| Defendant. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Counterclaimant, | |
| vs. | |
| MARK VARNES | |
| Counterdefendant. | |

1  WHEREAS, Plaintiff filed his Complaint in this action on November 18, 2015, Defendant filed its Answer and Counterclaims on December 24, 2015, Plaintiff filed his Answer to Counterclaims on January 13, 2016 and no party has yet amended the pleadings;

   WHEREAS, the Court has not set a deadline to amend the pleadings in this action;

   WHEREAS, Plaintiff has recently discovered that his Life Insurance Waiver of Premium benefits were also terminated in September 2014;

   WHEREAS, Defendant has agreed to waive the exhaustion requirement for this benefits claim and permit Plaintiff to amend his current Complaint immediately to add in a claim for Life Insurance Waiver of Premium benefits on the basis of the current record;

   WHEREAS, Defendant has reviewed Plaintiff's proposed First Amended Complaint (attached as Exhibit 1) and do not object to Plaintiff filing it;

   NOW, THEREFORE, all parties, through their respective counsel, stipulate that Plaintiff shall be permitted to file the proposed First Amended Complaint.

Respectfully submitted,

Dated:  February 29, 2016                    CAMPINS BENHAM-BAKER, LLP

                                             By:  */s/ Julia Campins*
                                                  Julia Campins
                                                  *Attorneys for Plaintiff and Counterdefendant*

Dated:  February 29, 2016                    GORDON REES

                                             By:  */s/ Jordan Altura*
                                                  Jordan Altura
                                                  *Attorneys for Defendant and*
                                                  *Counterclaimant*

   Pursuant to Local Rule 5-1(i), I hereby attest that the signatories above have concurred in the filing of this document.

                         /s/ Julia Campins
                         Julia Campins

**[PROPOSED] ORDER**

It is ordered that Plaintiff is permitted to file the proposed First Amended Complaint.

Dated: March 2       , 2016

Hon. Maxine M. Chesney
United States District Judge