JORDAN S. ALTURA (SBN: 209431)
TINO X. DO (SBN: 221346)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant and Counterclaimant
AETNA LIFE INSURANCE COMPANY

JULIA CAMPINS (SBN 238023)
HILLARY BENHAM-BAKER (SBN 265019)
CAMPINS BENHAM-BAKER, LLP
935 Moraga Road, Suite 200
San Francisco, CA 94549
Tel. (415) 373-5333
Fax (415) 373-5334
julia@cbbllp.com
hillary@cbbllp.com

Attorneys for Plaintiff and Counterdefendant
MARK VARNES



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK VARNES

Plaintiff,

vs.

AETNA LIFE INSURANCE COMPANY

Defendant.

CASE NO. 3:15-cv-05269-MMC

**JOINT STIPULATION TO EXTEND MEDIATION COMPLETION DEADLINE (ADR LOCAL RULE 6-5); ~~[PROPOSED]~~ ORDER**

Hon. Maxine M. Chesney

Complaint Filed: November 18, 2015

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

**TO THE HONORABLE COURT:**

Plaintiff/Counter-Defendant Mark Varnes ("Plaintiff") and Defendant/Counter-Claimant Aetna Life Insurance Company ("Aetna") (collectively, "Parties") hereby stipulate as follows:

WHEREAS, the Parties have agreed to conduct mediation pursuant to the Court's ADR Local Rule 6;

WHEREAS, the Parties agreed to hold the mediation by the presumptive deadline of ninety (90) days from the date of the Court's Order referring the case to mediation;

WHEREAS, on February 10, 2016, the Court issued an order for the Parties to conduct mediation pursuant to their stipulation;

WHEREAS, the Parties' deadline to complete the mediation is May 10, 2016;

WHEREAS, Geoffrey White has been assigned as mediator in this matter;

WHEREAS, the earliest the Parties and Mr. White could agree to conduct mediation is May 19, 2016 due to their respective schedules;

IT IS HEREBY STIPULATED by and between Plaintiff and Aetna through their respective counsel of record to extend the deadline to complete mediation to May 19, 2016.

IT IS SO STIPULATED

Respectfully submitted,

Dated: April 12, 2016

CAMPINS BENHAM-BAKER, LLP

By *<u>/s/ Julia Campins</u>*
Julia Campins
Hillary Benham-Baker
Attorneys for Plaintiff and Counterdefendant
MARK VARNES

Dated: April 12, 2016

GORDON & REES LLP

By *<u>/s/ Jordan S. Altura</u>*
Jordan S. Altura
Tino X. Do
Attorneys for Defendant and Counterclaimant
AETNA LIFE INSURANCE COMPANY

**ATTESTATION OF E-FILED SIGNATURE**

I, Jordan S. Altura , am the ECF user whose ID and password are being used to file this. Joint Stipulation to Extend Mediation Completion Deadline. In compliance with Local Rule 5-1(i), I hereby attest thatJulia Campins, counsel for Plaintiff Mark Varnes, has concurred in this filing.

Dated: April 12, 2016

*/s/ Jordan S. Altura*
Jordan S. Altura

**ORDER**

The Court having considered the parties' Stipulation, and good cause appearing, finds that the deadline for the parties to complete mediation should be extended to May 19, 2016.

IT IS SO ORDERED.

Dated: April 13, 2016

Honorable Maxine M. Chesney
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1112452/27571205v.1

1101030/21976909v.1