IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK VARNES,

    Plaintiff,

  v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.

                                                /

No. C 15-5269 MMC

**ORDER OF DISMISSAL**

The court-appointed mediator having advised the Court by Certification, filed May 23, 2016, that the above-titled case has settled,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: May 24, 2016

                                              MAXINE M. CHESNEY
                                              United States District Judge